**FREEMAN MATHIS & GARY LLP**
Michelle L. Covington (SBN 312642)
Michelle.Covington@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071
Tel: 925-466-4739

*Attorneys for Defendant*,
IMG Corporations

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZAIAH VASQUEZ, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>IMG CORPORATIONS; and DOES 1 through 100, inclusive<br><br>                              Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**<br><br>[*Filed concurrently with Declaration of Michelle L. Covington; Civil Cover Sheet; and Certification of Conflicts and Interested Entities or Persons*]<br><br>State Complaint Filed: 12/23/2024<br>Removal Filed: 04/17/2025 |

**TO THE COURT, PLAINTIFF, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332(a), Defendant IMG CORPORATIONS, a New York corporation ("Defendant"), herby removes the action filed by Plaintiff IZAIAH VASQUEZ ("Plaintiff") entitled *Izaiah Vasquez v. IMG CORPORATIONS and Does 1 through 100*, Alameda Superior Court Case No. 24CV104427 (the "State Court Action") to the United States District Court for the Northern District of California.

29731503.1        6948-120163 MLC

Freeman Mathis
& Gary, LLP
Attorneys at Law

Removal is warranted under 28 U.S.C. §1441(b) because the Court has subject matter jurisdiction under 28 U.S.C. §1332 over the State Action. Pursuant to 28 U.S.C. §1332(c)(l), full diversity exists among the parties in this action because Defendant is a citizen of different states than where Plaintiff is a citizen, as evidenced by the state where Defendant is incorporated and maintains its principal places of business (New York). Further, removal is warranted as the amount in controversy exceeds the sum of $75,000, based on the type of claims brought by Plaintiff.

This Notice of Removal is timely because it is filed within thirty days of service of a copy of the Summons and First Amended Complaint of the State Action upon Defendant, which occurred on March 21, 2025.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Action received by Defendant are attached to the Declaration of Michelle L. Covington ("Covington Dec.") as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), a Notice to State Court of Removal of Action to Federal Court, together with this Notice of Removal, will be served upon counsel for Plaintiff on April 18, 2025, and will be filed in the State Action.

## **BACKGROUND**

Plaintiff Izaiah Vasquez commenced the State Court Action entitled *Izaiah Vasquez v. IMG CORPORATIONS and Does 1 through 100* (Case No. 24CV104427) in Alameda Superior Court on or about December 23, 2024. Defendant was not served with this initial pleading. Pursuant to the Alameda Superior Court's docket, it appears that Plaintiff's State Action was designated as complex, and, eventually, Plaintiff filed the First Amended Complaint on March 3, 2025. Defendant received the First Amended Complaint through substitute service on March 21, 2025. Plaintiff's complaint asserts class and representative causes of action for: "1. Wage statement violations (Labor Code § 226, *et seq.*); 2. Failure to pay earned wages (Labor Code §§ 204, 210, 221-223); 3. Waiting time penalties (Labor Code §§ 201-203); 4. Failure to reimburse business expenses (Labor Code §§2802, 2804); 5. Unfair Competition (Bus.

Freeman Mathis
& Gary, LLP
Attorneys at Law

NOTICE OF REMOVAL

& Prof. Code § 17200, *et seq.*); and 6. Civil penalties under the private attorneys general act (Labor Code § 2698 *et seq.*)."

### GROUNDS FOR REMOVAL

This Court has subject matter jurisdiction over the State Action under 28 U.S.C. §1332, which confers upon the "district courts…original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States[.]"

### AMOUNT IN CONTROVERSY

Based on Defendant's understanding of Plaintiff's claims and the information alleged by Plaintiff regarding the claims, it appears that Plaintiff seeks an amount in excess of $75,000.00.[1]  (Declaration of Michelle L. Covington "Covington Dec." ¶ 6.) In the Complaint, Plaintiff alleges a variety of class action claims which Plaintiff likely believes are valued in excess of $75,000.  (Id.)

### DIVERSITY OF CITIZENSHIP

Plaintiff is believed to be a citizen of the state of California.  Plaintiff's First Amended Complaint alleges that he "was, and currently is, a California resident." (*See* Covington Dec. Ex. A.)

Defendant is a corporation organized and existing under the laws of the State of New York, with all major corporate and business decisions also being made in New York state.  (Covington Dec. ¶ 4.)  Defendant does not have substantial predominance of its corporate activities in the State of California.  (*Id.*)  Defendant's "nerve center," where a majority of its executive and administrative functions are performed, is in New York.  (*Id.*)  Defendant is and was at the commencement of the above-captioned lawsuit, a resident and citizen of the State of New York, as well as of the United States. (*Id.*)

---

[1] Defendant disputes that Plaintiff has been injured and disputes the amount of damages Plaintiff seeks.  Defendant reserves its right to contest these allegations.

Freeman Mathis
& Gary, LLP
Attorneys at Law

1    Based on the foregoing, there is complete diversity of citizenship, and this Court
2 has jurisdiction over this action.  Accordingly, this action is properly removed under
3 28 U.S.C. § 1441.

4    WHEREFORE, Defendant files this Notice of Removal so that the entire action
5 entitled *Izaiah Vasquez v. IMG CORPORATIONS and Does 1 through 100* case
6 number 24CV104427, now pending in the Superior Court for the State of California,
7 County of Alameda, shall be removed to this Court for all further proceedings.

8

9 Dated: April 17, 2025                **FREEMAN MATHIS & GARY, LLP**

10

11                            By:  *Michelle L. Covington*

12                                 Michelle L. Covington
13                                 *Attorneys for Defendant*
                                  IMG CORPORATIONS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Freeman Mathis
& Gary, LLP
Attorneys at Law

4
NOTICE OF REMOVAL

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court for the Northern District of California using the CM/ECF System on April 17 2025.

I certify that all parties in this case are registered CM/ECF users and service will be accomplished by the Court's CM/ECF System.

Executed on April 17, 2025, at San Rafael, California.

Kim Basileu

Tuvia Korobkin (SBN 268066)
tuvia@marqueelaw.com
F. Shawn Azizollahi (SBN 268116)
shawn@marqueelaw.com
Nancy Goodes (SBN 346529)
nancy@marqueelaw.com
MARQUEE LAW GROUP, A Professional Corporation
9100 Wilshire Blvd. Suite 445 East Tower
Beverly Hills, CA 90212
(310) 275-1844

Attorneys for Plaintiff, Izaiah Vasquez

Freeman Mathis
& Gary, LLP
Attorneys at Law

5

NOTICE OF REMOVAL