Tuvia Korobkin (SBN 268066)
tuvia@marqueelaw.com
F. Shawn Azizollahi (SBN 268116)
shawn@marqueelaw.com
Nancy Goodes (SBN 346529)
nancy@marqueelaw.com
MARQUEE LAW GROUP, A Professional Corporation
9100 Wilshire Boulevard, Suite 445 East Tower
Beverly Hills, California 90212
(310) 275-1844 telephone
(310) 275-1801 fax

Attorney for Plaintiff
IZAIAH VASQUEZ

FREEMAN MATHIS & GARY LLP
Michelle L. Covington (SBN 312642)
michelle.covington@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071

Attorneys for Defendant
IMG Corporations

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IZAIAH VASQUEZ, on behalf of himself and all others similarly situated;<br><br>　　　　Plaintiff,<br>　　vs.<br><br>IMG CORPORATIONS; and DOES 1 through 100, inclusive.<br><br>　　　　Defendants. | N.D. California District Court<br>Case No.: 25:CV-03434-JD<br><br>*[Alameda County Superior Court Case No.: 24CV104427]*<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO REMAND CASE**<br><br>Judge: Hon. James Donato<br><br>Date of Removal: April 17, 2025<br>Trial Date: None |

-2-

**ORDER GRANTING STIPULATION TO REMAND CASE**

The Court, having reviewed the Joint Stipulation to Remand Case ("Stipulation") filed by Plaintiff Izaiah Vasquez and Defendant IMG Corporations, and GOOD CAUSE appearing therefor, hereby GRANTS the Stipulation.

This action is hereby remanded to the Superior Court of California, County of Alameda.

**IT IS SO ORDERED.**

Date: 6/23/2025

_____
Hon. James Donato
U.S. District Judge